JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| Ana Maria Lujan, | |
| Plaintiff, | |
| v. | Case No. CV 21-8357-VAP-PVCx |
| Costco Wholesale Corporation, et al, | **ORDER OF DISMISSAL** |
| Defendants. | |

    The Court, having been advised by a Notice of Settlement of Entire Action [33] that the above-entitled action has settled, ORDERS that this action be dismissed in its entirety without prejudice and that all pending deadlines and hearing dates be vacated.

    Further, the Court retains jurisdiction for a period of sixty (60) days to enforce the terms of the settlement.

Dated: 11/18/22

_____
VIRGINIA A. PHILLIPS
United States District Judge